**SO ORDERED.**

**Dated: August 05, 2010**

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

**T I F F A N Y   &   B O S C O**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-17234

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:08-BK-02658-RTB |
| Sylvester G. Whitman, Alice B. Whitman | Chapter 7 |
| Debtors. | |
| _____ | ORDER |
| Wells Fargo Bank N.A. successor by merger to Wells Fargo Home Mortgage, Inc. | |
| Movant, | (Related to Docket #81) |
| vs. | |
| Sylvester G. Whitman, Alice B. Whitman, Debtors, Brian J. Mullen, Trustee. | |
| Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated January 25, 2006 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank N.A. successor by merger to Wells Fargo Home Mortgage, Inc. is the current beneficiary and Sylvester G. Whitman, Alice B. Whitman have an interest in, further described as:

> THE NORTHERLY 187.50 FEET OF THE SOUTHERLY 1097.50 FEET OF THE SOUTH HALF OF THE NORTHWEST QUARTER OF SECTION 6, TOWNSHIP 2 NORTH, RANGE 1 WEST TO THE GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA;
>
> EXCEPT THE WESTERLY 2076.59 FEET THEREOF; AND
>
> EXCEPT ANY PORTION OR PORTIONS THEREOF PREVIOUSLY CONVEYED TO ADAMAN MUTUAL WATER COMPANY, BY DEEDS, RECORDED IN DOCKET 1180, PAGE 517 AND IN DOCKET 1180, PAGE 528, INCLUDING BUT NOT LIMITED TO ALL SUBTERRANEAN WATER BENEATH SAID PREMISES NOT NECESSARY FOR DOMESTIC USE AS DISTINGUISHED FROM IRRIGATION USE; AND
>
> EXCEPT ALL ORES AND MINERALS AND ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES BENEATH THE SURFACE, AS RESEVRED IN DEED RECORDED IN DOCKET 1879, PAGE 381, RECORDS OF MARICOPA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.